UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW DUFOUR,

    Plaintiff,

v.                                        Case No. 3:14cv390/LC/CJK

U.S. FEDERAL COURT/CLERK,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On August 22, 2014, the court entered an order advising plaintiff that his complaint was deficient in that it was not filed on the required form and that the court could not proceed further based on that fact and plaintiff's failure to either pay the filing fee or file a properly completed *in forma pauperis* motion.  The court directed the clerk to send plaintiff a §1983 complaint form and a complete set of forms needed for filing a motion to proceed *in forma pauperis* and allowed plaintiff thirty days from the date of the court's order in which to file an amended complaint and either submit payment in the amount of $400.00 (the $350.00 filing fee and $50.00 administrative fee) or file the completed motion to proceed *in forma pauperis*.  The court advised plaintiff that failure to comply with the court's order as instructed would result in a recommendation that the case be dismissed for failure to comply with an order of the court.  After plaintiff failed to comply with the court's order within the time allowed, the court entered another order directing plaintiff to show cause within fourteen days

why the case should not be dismissed for failure to comply with an order of the court. More than fourteen days have passed, and plaintiff has not complied with the court's order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 21st day of October, 2014.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).